**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: April 20, 2020**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO (COLUMBUS)

| | | |
|---|---|---|
| In re: | ) | Case No.: 20-51792 |
| | ) | |
| Home Organization Solutions, LLC | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge John E. Hoffman Jr. |
| | ) | |
| | ) | **AGREED** |
| | ) | **ORDER GRANTING MOTION OF** |
| | ) | **CIT BANK, N.A. FOR RELIEF FROM** |
| | ) | **STAY (Doc. #10 and #14)** |
| | ) | |
| | ) | *Property:* |

- 2011 Isuzu NPR HD, 16' box truck with liftgate, VIN# JALC4W164B7003290

This matter came before the Court on the Motion for Relief from Stay (the "Motion") filed by CIT Bank, N.A. (Docket #10 and #14). Movant has alleged that good cause for granting the Motion exists, and that Debtor, counsel for the Debtor, the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns. Furthermore, the Court orders that the 14-day stay prescribed by Bankruptcy Rule 4001(a)(3) is hereby waived.

**APPROVED BY:**

/s/ Neil C. Sander
Neil C. Sander (0077715)
Sander Law, LLC
100 S. Fourth St., Suite 100
Columbus, OH 43215
(614) 585-2525 phone / (614) 344-4801 fax
nsander@sanderlawgroup.com
*Attorney for Movant*

/s/ Myron N. Terlecky
Myron N. Terlecky (0018628)
575 S. Third Street
Columbus, OH 43215
(614) 228-6345
mnt@columbuslawyer.net
*Chapter 7 Trustee*

/s/ Brandon Coy Hendrix
Brandon Coy Hendrix (0099111)
Kenneth L. Sheppard, Jr. (0075887)
Sheppard Law Offices, Co., L.P.A.
3535 Fishinger Blvd., Suite 190
Hilliard, Ohio 43026
(614) 523-3106
brandon@sheppardlawoffices.com
ken@sheppardlawoffices.com
*Attorneys for Debtor*

**Copies to: DEFAULT LIST**

###